# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE (PORTLAND)

---

| | |
|---|---|
| JOHN D. DEANE,<br>　　　　Plaintiff, | CASE NO. _____ |
| vs. | |
| TRANSUNION, LLC,<br>　　　　Defendant. | |

---

## TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Bridgton District Court, Maine, to the United States District Court of Maine, on the following grounds:

1. On or about November 1, 2018, Plaintiff John D. Deane provided Trans Union with a Statement of Claim to be served in the Bridgton District Court, Maine. A copy of the Statement of Claim is attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 12-18.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.	Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Bridgton District Court, to the United States District Court of Maine.

5.	Notice of this removal will promptly be filed with the Bridgton District Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Bridgton District Court, to the United States District Court of Maine.

Respectfully submitted,

*/s/ John J. Cronan III*
Bodie B. Colwell, Esq. (ME Bar No. 004853)
John J. Cronan, III, Esq. (ME Bar No. 004639)
Preti Flaherty
One City Center
Portland, ME  04101
Telephone:  (207) 791-3000
Fax:  (207) 791-3111
E-Mail:  bcolwell@preti.com
           jcronan@preti.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of November, 2018**, sent to the following e-mail address: newcases.portland@med.uscourts.gov.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing. The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of November, 2018**, properly addressed as follows:

| **Pro Se Plaintiff**<br>John D. Deane<br>1049 Denmark Road<br>Denmark, ME  04022 | |

/s/  John J. Cronan III
Bodie B. Colwell, Esq. (ME Bar No. 004853)
John J. Cronan, III, Esq. (ME Bar No. 004639)
Preti Flaherty
One City Center
Portland, ME  04101
Telephone:  (207) 791-3000
Fax:  (207) 791-3111
E-Mail:  bcolwell@preti.com
         jcronan@preti.com

*Counsel for Defendant Trans Union, LLC*