# EXHIBIT A

# STATEMENT OF CLAIM
# TO TRANS UNION, LLC

STATE OF MAINE

DISTRICT COURT
Location Bridgton
Docket No._____

Deane, John D. _____ Plaintiff

1049 Denmark Road, Denmark ME 04022

v.

**STATEMENT OF CLAIM**
(Small Claims)
M.R.S.C.P. 3(a)

Transunion LLC _____ Defendant

c/o The Prentice-Hall Corporation System Inc

45 Memorial Circle, Augusta, ME 04330

*Briefly describe your claim, including relevant dates:*
Please see attached documentation.

The plaintiff requests a judgment against the defendant in the amount of $ 6000.00 plus costs. *If you are asking for an order to repair or return property, or to refund money, or to reform or rescind an agreement, state your request:*
Please see attached documentation

Date: 10/22/2018

Signature

**The address of the court is:**
Bridgton District Court
3 Chase St. #2
Bridgton, ME 04009

Attorney for Plaintiff: _____
Address: _____

Telephone: _____

Plaintiff Telephone: 207-256-4544
Defendant Telephone: 800-916-8800

*********************************************************************

**IMPORTANT NOTICE TO PARTIES**

To the plaintiff and the defendant:
You will be notified of the hearing date and time of this case by the clerk of the court. The notice of hearing will be sent to you by regular mail at the address given above unless you notify the clerk of a different address. If the above address is incorrect or if your address changes, you must promptly notify the clerk in writing. Your failure to notify the clerk of an address change will mean that you may not receive notice of the hearing.

**IF THE PLAINTIFF FAILS TO APPEAR AT THE HEARING, THE CASE WILL BE DISMISSED. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST THE DEFENDANT FOR THE RELIEF SOUGHT BY THE PLAINTIFF.**

SC-001, Rev. 06/14

## STATE OF MAINE

| | | |
|---|---|---|
| Deane, John | ) | District Court |
| V | ) | at Birdgton |
| Transunion, LLC | ) | |
| | ) | Docket Number_____ |

October 22, 2018

## ATTACHMENT TO STATEMENT OF CLAIM

### *A Brief History of the Case*

1. At all times during this Complaint the Plaintiff, John Deane ("Plaintiff" or "Deane"), was a "consumer" as defined in Section 1681a(c) of the Fair Credit Reporting Act ("FCRA").

2. At all time during this Complaint the Defendant, Trans Union LLC ("Transunion" or "Defendant"), was a foreign company based at 555 West Adams Street, Chicago, IL 60661 and registered to do business in with the Secretary of the State of Maine with a designated agent of The Prentice-Hall Corporation System Inc. 45 Memorial Cirle, Augusta, ME 04330. The Defendant is a "consumer reporting agency" as defined in Section 1681a(f) of the FCRA.

3. Plaintiff takes great pride in his good name and reputation and as such works hard to ensure that all of his bills are paid in full and on time every month. This is a

1

critical aspect of the Plaintiff's past considering his past position and assignments with the United States Army with duties at the Pentagon.

4. Over the course of the Plaintiff's military service, beginning in 2007, he found that his credit report began with only one item of issue on it and ended with numerous items of issue due to fraudulent activity.

5. The United States Army Military Police ("MP") and the United States Army Criminal Investigation Command ("CID") worked with the Plaintiff and found that his personal information had been stolen and used by another soldier to open consumer credit accounts as reported to the Defendant and other CRAs. Due to the nature of the investigation and the personnel involved, the details and the majority of the information relating to this case are Classified as Top Secret.

6. Over the course of over 10 years, the Plaintiff has worked diligently to restore his good name. He has filed numerous disputes, fraud alerts, and more with the Defendant.

7. Over the past 24-36 months in particular, the Plaintiff noticed new activity on his credit report that appeared fraudulent and notified the Defendant of such. Plaintiff has filed numerous disputes with the Defendant.

8. Plaintiff is now at a loss to explain how the Defendant has been unable to properly investigate and correct his credit report. To date, the Defendant continues to provide false, damaging and misleading information on his credit report to anyone who pulls his credit report.

9. Plaintiff has now been subjected to higher interest rates and denials of credit based in whole or in part on the information provided by the Defendant.

10. These events have led to this action and the claims of violations of law as enumerated below.

### *Legal Violation Claims*

11. Plaintiff hereby incorporates by reference all well-plead allegations contained in the preceding paragraphs as if fully rewritten herein, especially of note being the definitions of the parties as stated.

12. 15 U.S.C. § 1681a – 1681o *et seq* imposes civil liability on any CRA that "fails to comply with any requirement" of the FCRA.

13. M.R.S. 10 § 1309 *et seq* echos all of the liabilities and requirements of the FCRA.

14. On numerous occasions, the Defendant has prepared a patently false consumer report concerning the Plaintiff. Despite actual and implied knowledge, the Defendant has readily sold such false reports to on or more third parties, thereby misrepresenting the Plaintiff and his credit worthiness. Each such instance was a violation of Section 1681e(b).

15. Through the numerous communications from the Plaintiff, the Defendant knows or has sufficient reason to know that it is circulating inaccurate and damaging information to the Plaintiff.

16. The FCRA mandates that a CRA conduct an investigation of the accuracy of information contained in the credit report of a consumer, imposes numerous limits

3

and restrictions on said investigation, and requires that the CRA delete any item of information that is inaccurate or is unable to verify.

17. On numerous occasions in 2016, 2017 and 2018 the Plaintiff has initiated disputes with the Defendant requesting correction and/or deletion that is patently inaccurate, false and misleading. Either the Defendant conducted *no* investigation of said disputes or such investigation were so shoddy as to allow objectively false and highly damaging information to remain in the Plaintiff's credit report and file.

18. As a direct and proximate result of Defendant's willful and/or negligent refusal to follow reasonable procedures to assure "maximum possible accuracy" as mandated by the FCRA and conduct proper investigations, the Plaintiff has suffered loss and damage including, but not limited to: economic loss, loss of opportunity to obtain credit, damage to reputation, expenditure of considerable time and expense, embarrassment, and a loss of the rights of the Plaintiff under the FCRA entitling him to an award of actual damages, statutory damages, punitive damages, reasonable sanctions, fees and costs pursuant to the aforementioned laws in paragraphs 14 and 15 of this document.

19. Upon information and beliefs, the Defendant has exhibited a pattern of refusing to correct consumer credit report despite being notified of patently false information contained in such reports, ultimately valuing it own bottom line above it "grave responsibility" to report data accurately.

20. While the Plaintiff may be able to recover fair and equitable damages for defamation, libel, slander or the like in regular Disctrict Court, it is the desire of the Plaintiff to limit the claim to the jurisdiction of the Small Claims section.

## **<u>Relief Requested</u>**

Pursuant to M.R.S. 10 § 1309 and 15 U.S.C. §1681a et seq, it is the respectful request of the Plaintiff that this Court enters the following damages and relief against the Defendant:

1. $5,000 in Punitive and Statutory damages as referenced above;
2. $1,000 in reasonable costs, fees and sanction as referenced above;
3. Deletion of all noted information on the credit report of the Plaintiff; and
4. Any other and further relief as this Court deems fair, just and proper.


Very Respectfully Submitted,

*/s/ John Deane*

John Deane

The Plaintiff

Dated this 22nd day of October in the year 2018

