UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN D. DEANE,<br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br>Defendant. | )<br>)<br>)<br>)  Civil No. 2:18-cv-00482-JAW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge, John A. Woodcock, Jr. on March 12, 2019,

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/Susan Way
Deputy Clerk

Dated: March 13, 2019